B6C (Official Form 6C) (4/13)

In re  Mark R Lebel, Sr.,
       Donna M Lebel
                                                                    Case No.  __14-20629__
                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash on hand | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 119.50 | 300.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account with Cumberland County Federal Credit Union | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 276.00 | 276.00 |
| Checking account with Cumberland County Federal Credit Union | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 404.50 | 404.50 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household goods and furnishings; not one item exceeding $200 in "yard sale" value | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 5,200.00 | 5,200.00 |
| Debtors' clothing; not one item exceeding $200 in "yard sale" value | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 2,500.00 | 2,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Chevy 3500 Express van in good condition with 179,000 miles | Me. Rev. Stat. Ann. tit. 14, § 4422(5) | 2,800.00 | 2,800.00 |
| 2006 Mitsubishi Endeavor in good condition with 78,000 miles | Me. Rev. Stat. Ann. tit. 14, § 4422(2) | 3,000.00 | 3,000.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Miscellaneous carpentry tools and staging for Debtor's business | Me. Rev. Stat. Ann. tit. 14, § 4422(5)<br>Me. Rev. Stat. Ann. tit. 14, § 4422(16) | 2,200.00<br>800.00 | 3,000.00 |
| | Total: | 17,300.00 | 17,480.50 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy