UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MARK & DONNA LEBEL ) | |
| ) | CHAPTER 7 |
| ) | CASE NO. 14-20629 |
| DEBTORS ) | |

**ORDER**

After Notice and Hearing, the Debtors' Motion to Avoid Liens is GRANTED. The liens on the following property are void:

(a) 2005 Chevy 3500 Express Van and
(b) 2006 Mitsubishi Endeavor

DATED: __December 1__, 2014

_____
Louis H. Kornreich
United States Bankruptcy Judge