# UNITED STATES BANKRUPTCY COURT
## District of Maine

Case No.: 14–20629
Chapter: 7

In Re: Mark R Lebel, Sr. and Donna M Lebel

     Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee. **However,** if you have already filed a proof of claim in this case you do not need to refile it.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court.

Claims may be filed electronically on the Court's website at **www.meb.uscourts.gov.** The option to "Submit Proof of Claim" is found under Filing Information. The Court encourages creditors to file claims electronically.

Claims may be filed by mail by filing the claim with the clerk of the Bankruptcy Court at:

537 Congress Street
Portland, ME 04101–3318

**Claims and attachments must be filed in proper format. Claims and attachments must be letter size – 8 1/2 x 11 inches and printed on only one side of the paper. The paper used must be of a weight and composition to allow it to be readily scanned by a high speed scanner. They must not be on coated, heavy or curling paper or onionskin. They must not contain staples, carbon copies or include tabbed exhibits.**

     **Claims must be filed on or before: 2/2/16**   \*\*Government Agencies see **NOTE** below.

**\*\*NOTE:** Government units have 180 days from the date of the filing of the case or 92 days from the date of this notice, whichever is later, to file a proof of claim.

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope.

There is no filing fee for the proof of claim.

If a creditor asserts a claim as SECURED, the claim will be considered fully secured, and therefore not entitled to share in any distribution being made to unsecured creditors. If, after abandonment or relief from stay to proceed against collateral, a secured creditor intends to assert an unsecured claim based on a deficiency, the secured creditor MUST amend their original claim.

**Dated: 11/2/15**

                                                  /s/ Alec Leddy
                                                **Clerk of the Bankruptcy Court**